**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

JOSIELYN AGUILAR,

    Plaintiff,

      v.

LEGACY MANAGEMENT, LLC, ET AL.,

    Defendants.

Case No.:  2:25-cv-03706-DJC-JDP

    STK-CV-UOE-2025-001308

**ORDER GRANTING MOTION TO REMAND**

On January 22, 2026, Plaintiff filed a Motion to Remand the instant action to the San Joaquin County Superior Court.  (ECF No. 7).  In response to this Court's Order to Show Cause (ECF No. 10), Defendants filed a Non-Opposition to Plaintiff's Motion. (ECF No. 11).  Accordingly, the Court GRANTS Plaintiff's Motion to Remand (ECF No. 7), REMANDS the action to the San Joaquin County Superior Court and VACATES the hearing set for 3/19/2026.  The Clerk of Court shall close the case and serve a copy of this order on the Superior Court of California for the County of San Joaquin.

Dated:  March 6, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING MOTION TO REMAND